# Exhibit E



# Remote Dentist - Costa Rica

CR-Alajuela                                                                 6 months ago

**Job ID** 2018-4152    **# of Openings** 10

**Category** Customer Service/Support

## Overview

We're SmileDirectClub, and we believe everyone deserves a smile they'll love. We also believe that you deserve a job you'll love. Good thing you found us, and we found you. At SmileDirectClub, we're all about empowering transformation. We want people to become more confident in how they look, how they feel, and how they think. So we're spreading smiles and positivity all over the country. It's no small task. That's why we're looking for energetic, passionate, and confident team members who can help turn frowns into life-changing grins. Are you up for it? We are looking for Dental Team Members to communicate as a liaison between our licensed dental professionals, various areas of the organization, and our customers.

## Responsibilities

Responsibilities may include but will not be limited to:
Review treatment plans and diagnostic information for appropriateness and accuracy.
Recommend changes to be made to the Setup Technician through use of CA Approve or reject requests for Mid-course corrections/refinements prior to submitting it to a network licensed dental professional for final approval.
Support customer care associates, offering guidance and clinical

smile (/)
AM I A CANDIDATE?
(/SMILE_ASSESSMENT)

support as needed including communication with patients and doctors Assist with quality assurance monitoring and process improvement initiatives

## Qualifications

Odontology Degree English level B2+
Excellent communication skills
1 Year Experience with orthodontic treatment is a plus
Experience with clear aligner treatment plans is a plus
Strong computer navigation skills
Strong attention to detail and organization Typing skills of 30+ WPM a plus
Progressive, business-minded professional who wants a non-clinical position in the dental industry

## Options

Apply for this job online

Refer to a friend

Share on your newsfeed

 (/)

**LEARN MORE**

Register Your Kit (/register/)
About (/about/)
Careers (/careers/)
Blog & Resources (https://blog.smiledirectclub.com/)
Share the Smiles (https://smiledirectclub.getambassador.com/)

**SUPPORT**

800-848-7566 (tel:+18008487566)
Contact (/contact/)
Press Inquiries (/press/)
FAQs (/faq/)

**AM I A CANDIDATE? (/SMILE_ASSESSMENT)**

**LOCATIONS**

SmileShops (/locations/)

Retail Store Finder (https://retail.smiledirectclub.com/)

**FOLLOW US**

@SmileDirectClub (https://twitter.com/smiledirectclub)

 (https://www.facebook.com/smiledirectclub)

 (https://www.instagram.com/smiledirectclub)

 (https://www.pinterest.com/smiledirectclub)

 (https://twitter.com/smiledirectclub)

 (https://www.youtube.com/c/smiledirectclub)

 (https://www.snapchat.com/add/smiledirectclub/)

© 2018 SmileDirectClub. All Rights Reserved.

Privacy (/privacy/)    Terms (/terms/)    Returns (/returns/)