IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR. JOSEPH CICCIO *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No. 3:19-cv-00845 |
| | ) |
| v. | ) Judge Trauger |
| | ) |
| SMILEDIRECTCLUB, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## PROPOSED ORDER

Plaintiffs move the Court pursuant to Fed. R. Civ. P. 6(b) and L.R. 6.01(a) to extend the deadline for responding to Defendants' two motions to dismiss (DE #24 and #29), motion to compel arbitration (DE #26), and motion for Rule 11 sanctions (DE #31) from the current deadline of November 8, 2019, to November 18, 2019. As represented in Plaintiffs' motion, Defendants do not oppose the requested extension. For good cause shown, the Court **ORDERS** that Plaintiffs' deadline for responding to these defense motions is extended to November 18, 2019.

_____
Aleta A. Trauger, District Judge

PROPOSED FOR ENTRY:

s/Edward M. Yarbrough
Edward M. Yarbrough, TNBPR#004097
W. Justin Adams, TNBPR#022433
BONE MCALLESTER NORTON PLLC
511 Union Street, Suite 1600
Nashville, Tennessee 37219
TEL: (615) 238-6390
FAX: (615) 687-6990
Email: eyarbrough@bonelaw.com
Email: wjadams@bonelaw.com

Robert K. Spotswood, *pro hac vice*
Michael T. Sansbury, *pro hac vice*
Joshua K. Payne
SPOTSWOOD SANSOM & SANSBURY LLC
One Federal Place
1819 Fifth Avenue North
Suite 1050
Birmingham, Alabama 35203
TEL: (205) 986-3620
FAX: (205) 986-3639
Email: rks@spotswoodllc.com
msansbury@spotswoodllc.com
jpayne@spotswoodllc.com

Richard Stone, *pro hac vice*
BLACKNER, STONE & ASSOCS.
123 Australian Avenue
Palm Beach, Florida 33480
TEL: 561-804-9569
Email: rstoneesq@aol.com

*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served via the Court's ECF Filing System today, November 4, 2019, on the following:

John R. Jacobson, Esq.
Elizabeth O. Gonser, Esq.
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, Tennessee 37203
jjacobson@rwjplc.com
egonser@rwjplc.com

/s/ Edward M. Yarbrough