# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DR. JOSEPH CICCIO, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:19-cv-00845 |
| | ) Judge Trauger |
| SMILEDIRECTCLUB, LLC, et al., | ) |
| Defendants. | ) |

## AGREED ORDER

On November 21, 2019, the Court entered an Order continuing the initial case management conference set for November 25, 2019, to be rescheduled following disposition of the motions now pending and anticipated new motions to dismiss. (Doc. 50.)

As evidenced by the signatures of counsel below, the parties propose and have agreed to the below schedule for filings on pending and upcoming motions. For good cause, the Court ORDERS that the following briefing schedule shall govern the pending and renewed motions to dismiss:

1. Defendant SmileDirectClub, LLC is granted leave to and shall file any Reply in further support of its Motion to Compel Arbitration and to Dismiss (Doc. 26) on or before November 27, 2019;

2. Defendants are granted leave to and shall file any Reply in further support of their Motion for Sanctions under Rule 11 (Doc. 31) on or before December 3, 2019;

3. Defendants shall have through December 13, 2019 to file in response to the Amended Complaint (Doc. 36); and

4. Plaintiffs shall have through January 13, 2020 to file in response to any Motion to Dismiss the Amended Complaint.

1

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge


APPROVED FOR ENTRY BY:


/s/ W. Justin Adams *w/permission JRJ*
Edward M. Yarbrough (BPR 4097)
W. Justin Adams (22433)
Bone McAllester Norton PLLC
511 Union Street, Suite 1600
Nashville, TN 37219
T: (615) 238-6390
F: (615) 687-6990
eyarbrough@bonelaw.com
wjadams@bonelaw.com


Robert K. Spotswood
Michael T. Sansbury
Joshua K. Payne
Spotswood Sansom & Sansbury LLC
Financial Center
505 20th Street North, Suite 700
Birmingham, AL 35203
T: (205) 986-3620
F: (205) 986-3639
rks@spotswoodllc.com
msansbury@spotswoodllc.com
jpayne@spotswoodllc.com

Richard Stone
Blackner, Stone & Assocs.
123 Australian Avenue
Palm Beach, FL 33480
T: (561) 804-9569
rstoneesq@aol.com

*Attorneys for Plaintiffs*

/s/ John R. Jacobson
John R. Jacobson (BPR 14365)
Elizabeth O. Gonser (BPR 26329)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
T: (615) 320-3700
F: (615) 320-3737
jjacobson@rwjplc.com
egonser@rwjplc.com

*Attorneys for Defendants*