IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| DR. JOSEPH CICCIO, et al. | )<br>)<br>) Case No. 3:19-cv-00845<br>)<br>)<br>) Judge Aleta A. Trauger<br>) Magistrate Judge Joe Brown<br>)<br>) Jury Demand<br>)<br>) |
| Plaintiffs, | |
| v. | |
| SMILEDIRECTCLUB, LLC, et al. | |
| Defendants. | |

**DEFENDANTS' MOTION TO DISMISS
THE PLAINTIFF ORTHODONTISTS' CLAIMS**

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), Defendants respectfully move the Court to dismiss the Plaintiff Orthodontists' claims for failure to plead with particularity and failure to state a claim upon which relief may be granted. The Orthodontists' factual allegations, treated as true, do not support any liability against any of the Defendants. The Orthodontists have thus failed to set forth any plausible legal basis to support a claim for damages.

Defendants submit a memorandum in support of this Motion.

Respectfully submitted,

/s/ John R. Jacobson
John R. Jacobson (BPR 14365)
Elizabeth O. Gonser (BPR 26329)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
T: (615) 320-3700
F: (615) 320-3737
jjacobson@rwjplc.com
egonser@rwjplc.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF Filing System this the 13th day of December, 2019.

Edward M. Yarbrough
W. Justin Adams
Bone McAllester Norton PLLC
511 Union Street, Suite 1600
Nashville, TN 37219
eyarbrough@bonelaw.com
wadams@bonelaw.com

Robert K. Spotswood
Michael T. Sansbury
Joshua K. Payne
Spotswood Sansom & Sansbury LLC
Financial Center
505 20th Street North, Suite 700
Birmingham, AL 35203
rks@spotswoodllc.com
msansbury@spotswoodllc.com
jpayne@spotswoodllc.com

Richard Stone
Blackner, Stone & Assocs.
123 Australian Avenue
Palm Beach, FL 33480
rstoneesq@aol.com

      /s/ John R. Jacobson