Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| DR. JOSEPH CICCIO, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:19-cv-00845 |
| SMILEDIRECTCLUB, LLC, et al., | ) Judge Aleta A. Trauger |
| Defendants. | ) |

## JOINT MOTION FOR ENTRY OF AN AGREED ORDER

The parties have conferred regarding the pending and upcoming motions and propose a schedule as set forth below and in the attached proposed Agreed Order:

1. Plaintiffs shall have through January 13, 2020 to file in response to Defendants' Motion to Dismiss the Amended Complaint (Doc. 68), Motion to Compel Arbitration (Doc. 65), and Motion to Strike (Doc. 70).

2. Defendant SmileDirectClub, LLC is granted leave to and shall file any Reply in further support of these motions on or before February 3, 2020.

Respectfully submitted by:

/s/ W. Justin Adams *w/permission JRJ*
Edward M. Yarbrough (BPR 4097)
W. Justin Adams (22433)
Bone McAllester Norton PLLC
511 Union Street, Suite 1600
Nashville, TN 37219
T: (615) 238-6390
F: (615) 687-6990

/s/ John R. Jacobson
John R. Jacobson (BPR 14365)
Elizabeth O. Gonser (BPR 26329)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
T: (615) 320-3700
F: (615) 320-3737