UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR. JOSEPH CICCIO et al., ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 3:19-cv-00845 |
| ) | Judge Aleta A. Trauger |
| ) | |
| SMILEDIRECTCLUB, LLC et al., ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, the Motion to Dismiss the Plaintiff Orthodontists' Claims (Docket No. 68) and Motion to Strike Certain Allegations (Docket No. 70) filed by the defendants are hereby **DENIED**. The Motion to Rejoin Plaintiffs, or in the Alternative, to Intervene (Docket No. 85) filed by Dana Johnson and Dena Nigohosian is hereby **GRANTED**, and it is **ORDERED** that the Clerk's Office shall reinstate Johnson and Nigohosian as parties to this case. The court's consideration of Nigohosian's claims is hereby **STAYED** and Nigohosian is **ORDERED** to comply with the court's Order of December 2, 2019 (Docket No. 58), compelling her to submit her claims to the arbitration process. The court clarifies that it has made no determination regarding whether Nigohosian's claims should be rejected pursuant to the American Arbitration Association's due process review or any other procedure, just as the court has not determined the threshold question of arbitrability in any other regard.

The initial case management conference is hereby **RESET** for July 6, 2020 at 3:00 p.m.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge