IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR. JOSEPH CICCIO, *et al.*, | ) |
|     Plaintiffs, | ) Civil Action No.: 3:19-cv-00845 |
| | ) Judge Aleta A. Trauger |
| v. | ) |
| SMILEDIRECTCLUB, LLC., *et al.*, | ) |
| | ) JURY DEMAND |
|     Defendants. | ) |

**DEFENDANT'S MOTION TO COMPEL
ARBITRATION OF DANA JOHNSON'S CLAIMS**

Defendant SmileDirectClub, LLC moves the Court to compel Plaintiff Dana Johnson to arbitrate his claims as required by the agreement between the parties and the Federal Arbitration Act. SmileDirect further moves the Court to stay proceedings on those claims pending arbitration. Mr. Johnson agreed to be bound by the terms of the agreement between the parties, which contained a clear and conspicuous arbitration provision. Now that Mr. Johnson is (again) a party to this case, the question of whether he has agreed to arbitrate his dispute is squarely before the Court. Respectfully, this Court should compel arbitration.

SmileDirect submits a memorandum and the Declaration of Elizabeth Gonser, with exhibits, in support of this Motion.

Respectfully submitted,

/s/ John R. Jacobson
John R. Jacobson (BPR 14365)
Elizabeth O. Gonser (BPR 26329)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
T: (615) 320-3700
F: (615) 320-3737
jjacobson@rwjplc.com
egonser@rwjplc.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF Filing System this 8th day of June, 2020.

| | |
|---|---|
| Edward M. Yarbrough<br>W. Justin Adams<br>Bone, McAllester & Norton, PLLC<br>511 Union Street, Suite 1600<br>Nashville, TN 37219<br>eyarbrough@bonelaw.com<br>wjadams@bonelaw.com | Richard Stone<br>Blackner, Stone & Assocs.<br>123 Australian Avenue<br>Palm Beach, FL 33480<br>rstoneesq@aol.com |

Robert K. Spotswood
Michael T. Sansbury
Joshua K. Payne
Spotswood Sansom & Sansbury LLC
Financial Center
505 20th Street North, Suite 700
Birmingham, AL 35203
rks@spotswoodllc.com
msansbury@spotswoodllc.com
jpayne@spotswoodllc.com

/s/ John R. Jacobson