IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR JOSEPH CICCIO, ET AL., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 3:19-cv-00845 |
| | ) Judge Trauger |
| SMILEDIRECTCLUB, LLC, ET AL., | ) ) |
| Defendants. | ) |

**O R D E R**

It is hereby ORDERED that the revised initial case management order shall state the following with regard to electronic discovery:

The default standard contained in Administrative Order No. 174-1 applies to this case subject to the following:

(1) The first sentence in Paragraph 8(b) shall not apply in this case;

(2) Each party reserves the right to seek further modification of the Administrative Order; and

(3) The parties may reach an alternative written agreement on any matter covered in the Administrative Order.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge