AO 136
(Rev. 10/98)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA          :
                                   :     ss.
NORTHERN DISTRICT OF OHIO          :

I, SANDY OPACICH, Clerk of the United States Court for the Northern District of Ohio,

**DO HEREBY CERTIFY**, that **Michael D. Meuti**, **0087233**, was duly admitted to practice in

said Court on **August 30, 2011**, and is in good standing as a member of the bar of said Court.



Dated at Toledo, Ohio

on June 30, 2020

**SANDY OPACICH**
**Clerk of Court**

By: s/ Annie Crawford
**Deputy Clerk**