**United States District Court for the** <u>Middle</u>

**District of** <u>Tennessee</u>

| |
|---|
| Dr. Joseph Ciccio, et al. |

Plaintiff,

vs.

Case No. <u>3:19-cv-00845</u>

| |
|---|
| SmileDirectClub, LLC, et al. |

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that <u>SmileDirectClub, LLC</u>,
<i>Name all parties taking the appeal</i>

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

<u>Order Denying Motion to Compel Arbitration (ECF #117)</u>
<i>The final judgment, from an order describing it</i>

entered in this action on the <u>17th</u> day of <u>July</u>, <u>2020</u>.

(s) <u>Elizabeth O. Gonser</u>

Address: <u>Riley Warnock & Jacobson</u>

<u>1906 West End Ave.</u>

<u>Nashville, TN 37203</u>

Attorney for <u>SmileDirectClub, LLC</u>

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc: Opposing Counsel ☑
    Court of Appeals ☐

6CA-3
11/16

Respectfully submitted by:

s/ Elizabeth Gonser
John R. Jacobson (BPR 14365)
Elizabeth O. Gonser (BPR 26329)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
T: (615) 320-3700
F: (615) 320-3737
jjacobson@rwjplc.com
egonser@rwjplc.com

Nicholas J. Secco (*pro hac vice*)
Lally A. Gartel (*pro hac vice*)
Benesch, Friedlander, Coplan and Aronoff, LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
T: (312) 212-4949
nsecco@beneschlaw.com
lgartel@beneschlaw.com

Michael D. Meuti (*pro hac vice*)
Mark K. Norris (*pro hac vice*)
Benesch, Friedlander, Coplan and Aronoff, LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
T: (216) 363-4500
mmeuti@beneschlaw.com
mnorris@beneschlaw.com

*Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF Filing System this the 17th day of July, 2020.

Edward M. Yarbrough
W. Justin Adams
Bone McAllester Norton PLLC
511 Union Street, Suite 1600
Nashville, TN 37219
eyarbrough@bonelaw.com
wadams@bonelaw.com

Robert K. Spotswood
Michael T. Sansbury
Joshua K. Payne
Spotswood Sansom & Sansbury LLC
Financial Center
505 20th Street North, Suite 700
Birmingham, AL 35203
rks@spotswoodllc.com
msansbury@spotswoodllc.com
jpayne@spotswoodllc.com

Richard Stone
Blackner, Stone & Assocs.
123 Australian Avenue
Palm Beach, FL 33480
rstoneesq@aol.com


/s/ Elizabeth O. Gonser

2