Copy

# Exhibit B

## IN THE SIXTH CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE
## AT NASHVILLE

| | | |
|---|---|---|
| SMILEDIRECTCLUB, INC., | ) | |
| SDC FINANCIAL, LLC, and | ) | |
| SMILEDIRECTCLUB, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 20-C-1054 |
| | ) | Judge Brothers |
| NBCUNIVERSAL MEDIA, LLC, and | ) | |
| VICKY NGUYEN, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM IN SUPPORT OF DEFENDANTS'
## MOTION TO STRIKE PLAINTIFFS' COMPLAINT UNDER
## TENNESSEE'S PUBLIC PARTICIPATION ACT

Dated:      July 17, 2020      Respectfully Submitted,

*/s/ James F. Sanders*

**NEAL & HARWELL, PLC**
James F. Sanders (BPR # 5267)
Ronald G. Harris (BPR # 9054)
William J. Harbison II (BPR # 33330)

*/s/ Daniel M. Petrocelli*

**O'MELVENY & MYERS LLP**
Daniel M. Petrocelli (admitted *pro hac vice*)
Jonathan D. Hacker (admitted *pro hac vice*)

*Attorneys for Defendants*

EFILED  07/17/20 01:19 PM  CASE NO. 20C1054  Richard R. Rooker, Clerk

# TABLE OF CONTENTS

**Page**

INTRODUCTION ................................................................................................... 1

BACKGROUND ................................................................................................... 3

    A.    Smile Direct Faces Extensive Public Criticism ................................... 3

        1.    Smile Direct Repeatedly Sues Those Critical Of Its Business ................. 3

        2.    Medical And Business Organizations Criticize Smile Direct And Members Of Congress Request An Official Investigation ....................... 5

        3.    States Regulate Smile Direct, Which Responds By Suing Them.............. 8

        4.    Smile Direct Faces Multiple Class Action Lawsuits ............................... 9

        5.    Smile Direct Faces Further Criticism For Customer NDAs ................... 10

    B.    NBCUniversal Investigates Smile Direct's Business Practices.......................... 11

    C.    NBCUniversal Presents Accurate News Reports On Consumer Complaints About Smile Direct's Business .......................................................................... 14

    D.    Smile Direct Revamps Its Service After NBCUniversal's Reports And Other Public Criticisms......................................................................... 19

    E.    Smile Direct Sues NBCUniversal For Exercising Its Right To Free Speech ...... 19

ARGUMENT ...................................................................................................... 20

I.    TENNESSEE'S ANTI-SLAPP LAW REQUIRES THRESHOLD DISMISSAL AND SANCTIONING OF CLAIMS ATTACKING PROTECTED SPEECH ACTIVITY................................................................................................... 20

II.    SMILE DIRECT'S DEFAMATION CLAIMS IMPERMISSIBLY ATTACK PROTECTED FREE SPEECH AND FREE PRESS ACTIVITY................................. 24

    A.    The Challenged Statements Were All Materially Accurate................................ 27

        1.    Count I:  NBCUniversal Accurately Reported Customer Complaints About Smile Direct's Treatment ........................................... 28

        2.    Count II:  NBCUniversal Accurately Reported Opinion Statements Of A Medial Professional Concerning The Safety Of Smile Direct's Treatment .................................................................. 29

        3.    Count III:  NBCUniversal Accurately Reported Statements Made By Smile Direct's Own Employees On Hidden Camera Concerning Smile Direct's Treatment Protocol....................................... 32

        4.    Counts IV & V:  NBCUniversal Accurately Reported Complaints Made By Rosemond And Harwood ........................................................ 34

        5.    Counts VI & VII:  NBCUniversal Accurately Reported Government Oversight Of Smile Direct's Products ................................. 36

-i-



6. Counts VIII & IX: NBCUniversal Accurately Repeated Smile Direct's Own Characterizations Of Its Business ..................................... 41

7. Counts X, XI, & XII: NBCUniversal Did Not Falsely "Imply" That Smile Direct's Treatment Platform Is Unsafe Or Ineffective.......... 43

B. Smile Direct Cannot Show That NBCUniversal's Reports Were Published With Actual Malice............................................................................. 47

1. The Actual Malice Standard Applies Because Smile Direct Is A Public Figure For Purposes Of The Activities Addressed In The Reports .................................................................................................... 47

2. The Information Smile Direct Provided Does Not Prove That NBCUniversal Actually Knew Its Reports Were False Or Actually Harbored Serious Doubts About Their Truth .......................................... 50

3. Smile Direct's Objections To The Scope Of NBCUniversal's Investigation Do Not Establish Knowledge Of Falsity Or Reckless Disregard For The Truth ....................................................................... 51

4. Smile Direct's "Ill Will" Allegations Are Legally Irrelevant................. 54

III. THE TCPA CLAIM (COUNT XIV) ALSO IMPERMISSIBLY ATTACKS PROTECTED FREE SPEECH AND FREE PRESS ACTIVITY.................................. 56

A. The First Amendment Bars The TCPA claim...................................... 57

B. Smile Direct Fails To State A Cognizable TCPA Claim..................... 57

CONCLUSION..................................................................................................... 60



# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Abbas v. Foreign Policy Grp., LLC*,
783 F.3d 1328 (D.C. Cir. 2015) .................................................................................. 20

*Alignment World Supply Corp. v. Post-Newsweek Stations of Fla., Inc.*,
472 So.2d 517 (Fla. Dist. Ct. App. 1985) ............................................................... 48

*Andre v. SmileDirectClub, Inc.*,
19-cv-12883 (E.D. Mich. Oct. 2, 2019) .................................................................. 10

*Asurion, LLC v. SquareTrade, Inc.*,
407 F. Supp. 3d 744 (M.D. Tenn. 2019) ................................................................. 58

*Athena of S.C., LLC v. Macri*,
2016 WL 5956984 (Tenn. Ct. App. Oct. 14, 2016) ............................................. 5, 6

*Barnett v Denver Publ'g Co.*,
36 P.3d 145 (Colo. App. 2001) ............................................................................... 39

*Blesedell v. Chillicothe Tel. Co.*,
811 F.3d 211 (6th Cir. 2016) .................................................................................. 34

*Chapin v. Knight-Ridder, Inc.*,
993 F.2d 1087 (4th Cir. 1993) ............................................................................... 30

*Cheniere Energy, Inc. v. Lotfi*,
449 S.W.3d 210 (Tex. App. 2014) .......................................................................... 20

*Ciccio v. SmileDirectClub, LLC*,
No. 3:19-cv-845 (M.D. Tenn. Sept. 24, 2019) ........................................................ 9

*Clark v. E! Entm't Television, LLC*,
60 F. Supp. 3d 838 (M.D. Tenn. 2014) .................................................................. 28

*Clark v. Viacom Int'l, Inc.*,
617 F. App'x 495 (6th Cir. 2015) ........................................................ 24, 27, 28, 43

*Compuware Corp. v. Moody's Inv'rs Servs., Inc.*,
499 F.3d 520 (6th Cir. 2007) ............................................................................ 48, 51

*Croce v. N.Y. Times Co.*,
930 F.3d 787 (6th Cir. 2019) ........................................................... 3, 27, 28, 29

*Dameron v. Wash. Magazine, Inc.*,
779 F.2d 736 (D.C. Cir. 1985) ............................................................................... 37



Page(s)

*De Havilland v. FX Networks, LLC*,
  21 Cal. App. 5th 845 (2018) ........................................................................ 23

*Doris Shenwick Trust v. Katzman*,
  No. 2019-940 (Del. Ch. Ct. Nov. 22, 2019) ................................................ 10

*Duncan v. Knoxville Journal Corp.*,
  1992 WL 136172  (Tenn. Ct. App. June 19, 1992) ...................................... 40

*Edwards v. Nat'l Audubon Soc'y, Inc.*,
  556 F.2d 113 (2d Cir. 1977) ........................................................................ 29

*Fayne v. Vincent*,
  301 S.W.3d 162 (Tenn. 2009) ...................................................................... 57

*Fernandez v. SmileDirectClub, Inc.*,
  19c2371 (Tenn. Cir. Ct. Oct. 4, 2019) ........................................................ 10

*Food Lion, Inc. v. Capital Cities/ABC, Inc.*,
  194 F.3d 505 (4th Cir. 1999) ................................................................. 56, 58

*Fowler v. Capital Cities/ABC, Inc.*,
  2002 WL 31230802 (N.D. Tex. Sept. 30, 2002) ......................................... 32

*Franks v. Sykes*,
  2020 WL 2097544 (Tenn. May 1, 2020) ..................................................... 57

*Funk v. Scripps Media, Inc.*,
  570 S.W.3d 205 (Tenn. 2019) ........................................................ 36, 37, 41

*Gertz v. Robert Welch, Inc.*,
  418 U.S. 323 (1974) ..................................................................................... 25

*Ginsberg v. SmileDirectClub, Inc.*,
  19-cv-09794 (S.D.N.Y. Oct. 23, 2019) ....................................................... 10

*Ginsberg v. SmileDirectClub, Inc.*,
  3:19-cv-962 (M.D. Tenn. Oct. 29, 2019) .................................................... 10

*Global Relief Found., Inc. v. N.Y. Times Co.*,
  390 F.3d 973 (7th Cir. 2004) ....................................................................... 29

*Hallmark Builders, Inc. v. Gaylord Broad. Co.*,
  733 F.2d 1461 (11th Cir. 1984) ................................................................... 28

*Harris v. Quinn*,
  573 U.S. 616 (2014) ..................................................................................... 56



*Harte-Hanks Commc'ns, Inc. v. Connaughton*,
    491 U.S. 657 (1989).................................................................................... 26, 54

*Harts v. Katzman*,
    No. 2019-1027 (Del. Ch. Ct. Dec. 23, 2019) .......................................................... 10

*Hibdon v. Grabowski*,
    195 S.W.3d 48 (Tenn. Ct. App. 2005) ............................................................... passim

*HMS Capital, Inc. v. Lawyers Title Co.*,
    118 Cal. App. 4th 204 (2004) ............................................................................ 22

*Hodges v. Ford Motor Co.*,
    272 F. App'x 451 (6th Cir. 2008) ........................................................................ 53

*Hunt v. Tangel*,
    1997 WL 778989 (Tenn. Ct. App. Dec. 19, 1997) ................................................... 47

*Hustler Magazine, Inc. v. Falwell*,
    485 U.S. 46 (1988)..................................................................................... 56, 57

*In re Sulitzer*,
    No. 4402018002387 (Cal. Dental Bd. Nov. 12, 2019) ........................................... 8, 9

*Janklow v. Newsweek, Inc.*,
    788 F.2d 1300 (8th Cir. 1986) ............................................................................ 45

*Junior-Spence v. Keenan*,
    1990 WL 17241 (Tenn. Ct. App. Feb. 28, 1990)..................................................... 53

*Ketchum v. Moses*,
    17 P.3d 735 (Cal. 2001) ................................................................................... 23

*La.-P. Corp. v. James Hardie Bldg. Prods., Inc.*,
    928 F.3d 514 (6th Cir. 2019) ............................................................................. 59

*Leech v. Am. Booksellers Ass'n, Inc.*,
    582 S.W.2d 738 (Tenn. 1979)............................................................................ 24

*Lewis v. NewsChannel5 Network, L.P.*,
    238 S.W.3d 270 (Tenn. Ct. App. 2007) ........................................................... passim

*Mancour v. SmileDirectClub, Inc.*,
    19-1169-IV (Tenn. Ch. Ct. Sept. 27, 2019) .......................................................... 10

*Martin v. Hearst Corp.*,
    777 F.3d 546 (2d Cir. 2015) ..................................................................... 40, 43, 45

Copy

**TABLE OF AUTHORITIES**
**(continued)**

Page(s)

*Martinez v. Soignier,*
570 So.2d 23 (La. App. 1990) ................................................. 48

*Masson v. New Yorker Magazine, Inc.,*
501 U.S. 496 (1991) ................................................. 24, 54

*McCluen v. Roane Cty. Times, Inc.,*
936 S.W.2d 936 (Tenn. Ct. App. 1996) ................................................. 51

*Medison Am., Inc. v. Preferred Med. Sys., LLC,*
548 F. Supp. 2d 567 (W.D. Tenn. 2007) ................................................. 59

*Memphis Publ'g Co. v. Nicholas,*
569 S.W.2d 412 (Tenn. 1978) ................................................. 25, 43, 46

*Miami Herald Publ'g Co. v. Tornillo,*
418 U.S. 241 (1974) ................................................. 45

*Milkovich v. Lorain Journal Co.,*
497 U.S. 1 (1990) ................................................. 31

*Moman v. M.M. Corp.,*
1997 WL 167210 (Tenn. Ct. App. Apr. 10, 1997) ................................................. 31

*Monitor Patriot Co. v. Roy,*
401 U.S. 265 (1971) ................................................. 56

*New York Times Co. v. Sullivan,*
376 U.S. 254 (1964) ................................................. 24, 25, 56

*Nurlybayev v. SmileDirectClub, Inc.,*
19-177527-CB (Mich. Cir. Ct., Oakland Cty. Oct. 25, 2019) ................................................. 10

*OAO Alfa Bank v. Ctr. for Pub. Integrity,*
387 F. Supp. 2d 20 (D.D.C 2005) ................................................. 37

*Partington v. Bugliosi,*
56 F.3d 1147 (9th Cir. 1995) ................................................. 30

*Pate v. Serv. Merch. Co.,*
959 S.W.2d 569 (Ten. Ct. App. 1996) ................................................. 38

*Perk v. Reader's Digest Ass'n, Inc.,*
931 F.2d 408 (6th Cir. 1991) ................................................. 51

*Phantom Touring, Inc. v. Affiliated Prods.,*
953 F.2d 724 (1st Cir. 1992) ................................................. 31



EFILED 07/17/20 01:19 PM CASE NO. 20C1054 Richard R. Rooker, Clerk

**TABLE OF AUTHORITIES**
**(continued)**

**Page(s)**

*POM Wonderful LLC v. Coca-Cola Co.*,
  573 U.S. 102 (2014) ............................................................................. 59

*Press, Inc. v. Verran*,
  569 S.W.2d 435 (Tenn. 1978) ............................................................. 24

*Ralph v. Pipkin*,
  183 S.W.3d 362 (Tenn. Ct. App. 2005) .............................................. 59

*Riley v. Harr*,
  292 F.3d 282 (1st Cir. 2002) ............................................................... 30

*RyMed Techs., Inc. v. ICU Med., Inc.*,
  2012 WL 4505896 (M.D. Tenn. Sept. 28, 2012) ................................ 58

*Sammons v. Katzman*,
  No. 2020-169 (Del. Ch. Ct. Mar. 5, 2020) ......................................... 10

*Securitron Magnalock Corp. v. Schnabolk*,
  65 F.3d 256 (2d Cir. 1995) .................................................................. 58

*Serafine v. Blunt*,
  466 S.W.3d 352, 386 (Tex. App. 2015) ............................................... 20

*Simonson v. United Press Int'l, Inc.*,
  654 F.2d 478 (7th Cir. 1981) ............................................................... 39

*SmileDirectClub, LLC v. Diamond Braces*,
  No. 1:17-cv-8136 (S.D.N.Y. Oct. 23, 2017) ......................................... 4

*SmileDirectClub, LLC v. Ga. Bd. of Dentistry*,
  No. 1:18-cv-2328 (N.D. Ga. May 21, 2018) .......................................... 8

*SmileDirectClub, LLC v. Gizmodo Media Grp., LLC*,
  No. 18-401-IV (Tenn. Ch. Ct., Davidson Cty. Apr. 11, 2018) ............... 5

*SmileDirectClub, LLC v. Mich. Dental Ass'n*,
  No. 1:17-cv-939 (W.D. Mich. Oct. 26, 2017) ........................................ 4

*Sollinger v. SmileDirectClub, LLC*,
  No. 1:19-cv-5977 (S.D.N.Y. June 27, 2019) .......................................... 9

*Sonoma Media Invs., LLC v. Superior Court*,
  34 Cal. App. 5th 24 (2019) .................................................................. 20

*St. Amant v. Thompson*,
  390 U.S. 727 (1968) ...................................................................... 26, 51

Case 3:19-cv-00845   Document 127-2   Filed 08/17/20   Page 8 of 73 PageID #: 2899



**TABLE OF AUTHORITIES**
(continued)

Page(s)

*Steaks Unlimited, Inc. v. Deaner*,
   623 F.2d 264 (3d Cir. 1980) ........................................................ 48

*Steele v. Ritz*,
   2009 WL 4825183 (Tenn. Ct. App. Dec. 16, 2009) .......................................... 38, 39

*Stem v. Gannett Satellite Info. Network, Inc.*,
   866 F. Supp. 355 (W.D. Tenn 1994) ........................................ 40

*Sulitzer v. Tippins*,
   No. 2:19-cv-8902 (C.D. Cal. Oct. 16, 2019) ........................................ 8

*Sullivan v. Baptist Mem. Hosp.*,
   995 S.W.2d 569 (Tenn. 1999).......................................... 24

*Sullivan v. Young*,
   678 S.W.2d 906 (Tenn. Ct. App. 1984) .............................. 40

*Tubos de Acero de Mexico, S.A. v. Am. Int'l Inv. Corp.*,
   292 F.3d 471 (5th Cir. 2002) ...................................... 58

*Turner v. Wells*,
   198 F. Supp. 3d 1355 (S.D. Fla. 2016), *aff'd*, 879 F.3d 1254 (11th Cir. 2018) ...................... 45

*Unelko Corp. v. Rooney*,
   912 F.2d 1049 (9th Cir. 1990) ........................................ 56

*United Inventory Servs., Inc. v. Tupperware Brands Corp.*,
   2011 WL 13276821 (W.D. Tenn. Mar. 8, 2011) .................................... 48

*Vang v. SmileDirectClub, Inc.*,
   19c2316 (Tenn. Cir. Ct. Sept. 30, 2019).................................... 10

*Varian Med. Sys., Inc. v. Delfino*,
   106 P.3d 958 (Cal. 2005)....................................... 20, 22

*Wagner v. Fleming*,
   139 S.W.3d 295 (Tenn. Ct. App. 2004)........................................ 57, 58

*Wei Wei v. SmileDirectClub, Inc.*,
   19-1254-III (Tenn. Ch. Ct. Oct. 18, 2019)......................................... 10

*Wilson v. Parker, Covert & Chidester*,
   50 P.3d 733 (Cal. 2002)........................................... 22

**Constitutional Provisions**

Tenn. Const. art. I, § 19 ........................................ 23

-viii-



**Statutes**

Cal. Civ. Proc. Code § 425.16(a) ............................................................ 20

Tenn. Code Ann. § 104(b)(8) .................................................................. 59

Tenn. Code Ann. § 20-17-101 *et seq.* ..................................................... 21

Tenn. Code Ann. § 20-17-102 ..................................................... 21, 22, 57

Tenn. Code Ann. § 20-17-105(b) .............................................................. 23

Tenn. Code Ann. § 20-17-105(d) .............................................................. 26

Tenn. Code Ann. § 20-17-105(e) .............................................................. 23

Tenn. Code Ann. § 20-17-107(a)(1) .......................................................... 23

Tenn. Code Ann. § 47-18-101 *et seq.* ..................................................... 55

Tenn. Code Ann. § 47-18-103(20) ............................................................. 57

Tenn. Code Ann. § 47-18-104(b) ....................................................... 57, 59

**Regulations**

Tex. Civ. Prac. & Rem. Code Ann. § 27.002 ............................................. 21

**Other Authorities**

Am. Ass'n of Orthodontists, *American Association of Orthodontists Discusses Patient Health and Safety Information Regarding Direct-to-Consumer Orthodontics*, PR Newswire (July 2, 2019), https://perma.cc/Z26A-TQWB ........................................................... 6

Am. Ass'n of Orthodontists, *Consumer Alert, Questions to Consider When Researching Direct-To-Consumer Orthodontic Companies* (Mar. 15, 2017), https://perma.cc/3UBC-V2S9 ........... 5

David Burger, *ADA Discourages DIY Orthodontics Through Resolution*, ADANews (Nov. 10, 2017), https://perma.cc/FV65-JFZS ........................................................ 6

Erin Griffith and Peter Eavis, *This Company Says It Will Fix Your Smile. It May Shush You If It Doesn't*, NY Times (Jan. 21, 2020), https://perma.cc/HXP6-FM5N ...................................... 11

George W. Pring, *SLAPPs: Strategic Lawsuits Against Public Participation*, 7 Pace Envtl. L. Rev. 3 (1989) ...................................................................... 19, 20

Julie Appleby and Victoria Knight, *In-Home Teeth-Straightening Business Is Booming — But Better Brace Yourself*, Kaiser Health News (Jan. 23, 2020), republished at https://perma.cc/6VVF-UE9P ....................................................... 11



Katherine Ellen Folley, *Companies Like SmileDirectClub Grew Out of Shoddy Dental Care*, MSN (Jan. 21, 2020), https://perma.cc/BFR3-ALMW ........................................................... 11

Letter from Brian Babin et al., Members of Congress, to Dr. Jeffrey Shuren, Director, Ctr. for Devices & Radiological Health, FDA & Mary Engle, Assoc. Dir., Div. of Advertising Practices, Bureau of Consumer Protection, FTC (Jan. 6, 2020), https://perma.cc/W3NH-HEE8 ................................................................................................ 7

Letter from C. Michael Kendall, Sr. Assoc. Gen. Counsel, Am. Dental Ass'n, to Andrew Smith, Director, Bureau of Consumer Protection, FTC (June 27, 2019), https://perma.cc/A346-7TEG ............................................................................................... 6

Nidhi Subbaraman, *When Dentists Criticize This Online Braces Company, It Takes Them To Court*, Buzzfeed News (Nov. 14, 2017), https://perma.cc/K4TF-6HUZ ................................... 4

Press Release, *Smile Direct Club Statement on California Assembly Bill 1519*, PR Newswire (Oct. 14, 2019), https://perma.cc/4BLJ-DTD6 ........................................................................ 38

*Smile Direct Club Unveils Updates to Customer Experience*, GlobeNewsWire (Mar. 12, 2020), https://perma.cc/5PXW-E9NP ............................................................................................... 18

Smile Direct Club, *About Us*, https://perma.cc/B8DJ-TSGS (last visited July 9, 2020).............. 42

Smile Direct Club, *Home Page*, https://smiledirectclub.com/ (last visited July 9, 2020) ............ 42

*SmileDirectClub Will Appeal NAD's Recommendation to Discontinue Claim That Clear Aligners Deliver Results "3x Sooner Than Braces"* (July 1, 2020), https://perma.cc/4XAL-J5TH ........ 7

SmileDirectClub, *Smile Direct Club Holds Delta Dental Entities Accountable for Depriving Millions of its Insureds Affordable Dental Treatment*, GlobeNewsWire (June 30, 2020), https://perma.cc/TVG5-3KR.................................................................................................. 5

Tenn. Sen. Floor Proceedings, SB1097, at 1:32:10–33:40 (Mar. 18, 2019)................................. 21

Tennessee General Assembly, SB1097, https://perma.cc/2VAT-ZTWV (last visited July 10, 2020) ................................................................................................................................... 21

Todd Hambidge et al., *Speak Up: Tennessee's New Anti-Slapp Statute Provides Extra Protections to Constitutional Rights*, 55 Tenn. Bar J. 14 (Sept. 2019) ...................................... 21

Copy

# INTRODUCTION[1]

In 2019, the Tennessee Legislature recognized a growing problem of businesses seeking to stifle public criticism through lawsuits attacking the exercise of free speech rights by consumers, reviewers, and news media. Such lawsuits chill critical commentary by imposing massive litigation costs on the speaker, even when they fail on the merits.

In response to this problem, the Tennessee Legislature last year joined a rapidly-expanding majority of states that have enacted laws designed to protect free speech by punishing and deterring "Strategic Litigation Against Public Participation" or "SLAPP suits." Like other states' "Anti-SLAPP" statutes, Tennessee's law creates a mechanism for courts to dismiss speech-chilling lawsuits at the threshold, before the costly discovery associated with normal civil litigation. That mechanism requires the plaintiff to identify *at the outset* facts establishing a prima facie case for recovery, rather than resting on a complaint's conclusory allegations and using discovery to fish for factual support. And it permits the defendant to provide its basic factual defense, so the court can evaluate whether further proceedings are genuinely likely to result in liability. Unless the plaintiff in this threshold proceeding can show that it already possesses facts sufficient to support each element of his claims, the Anti-SLAPP statute mandates dismissal of the complaint and an award of costs and reasonable attorneys' fees to the defendant.

This case exemplifies the kind of lawsuit the Anti-SLAPP statute was enacted to address. Plaintiff Smile Direct fancies itself a "disrupter"—a company aggressively seeking to overturn

---

[1] This Memorandum refers to the plaintiffs as "Smile Direct" and the defendants NBCUniversal Media, LLC and Vicky Nguyen together as "NBCUniversal." NBCUniversal's on-air and online news reports at issue, along with related posts on Twitter, are referred to collectively as the "Reports," except where distinction between them is appropriate. Unless otherwise noted, all emphasis is added and all internal quotation marks and citations are omitted. Documents cited in this petition that are not easily accessible online are attached as exhibits.

what it considers to be a staid, decades-old consensus among incumbent orthodontic practitioners about how best to deliver orthodontic care.  Smile Direct has spent millions of dollars promoting its self-styled innovative methods, openly inviting the public to pay close attention to its novel business practices.  But Smile Direct bristles at anything other than applause for its efforts to unsettle the status quo.  When the attention Smile Direct craves shades into criticism, public discussion suddenly becomes anathema—dissatisfied customers become liars, respected academics become biased hacks, professional journalists become deceitful advocates for an entrenched orthodoxy—and litigation becomes its weapon of choice.

This lawsuit is the latest example.  Smile Direct's complaint attacks news reports concerning widespread consumer complaints about its orthodontic practices—a classic exercise of protected free speech and free press rights.  NBCUniversal's Reports accurately described the existence of consumer complaints, including the accounts of two specific, named patients.  The Reports corroborated the complaints by accurately quoting the opinions of a respected academic concerning orthodontic care, accurately recounting official government inquiries into and regulation of orthodontic practices, and accurately publishing hidden camera footage undermining the company's claims about its patient-care policies.  And the Reports even afforded Smile Direct itself on-air time to respond to the consumer concerns and explain the hidden camera footage.

Smile Direct cannot show that any statement in the Reports is false in any material respect.  Nor can Smile Direct show—as it must—that NBCUniversal published any statement with "actual malice," *i.e.*, *knowing* it was false, or *actually harboring serious doubts* about its truth.  The record shows the opposite:  NBCUniversal believed its Reports were entirely accurate.

Accordingly, even if Smile Direct could identify error in some statement, it still could not establish a constitutionally valid basis for liability.

Because the Reports are, in short, "a standard piece of investigative journalism that presents newsworthy allegations made by others, with appropriate qualifying language," *Croce v. N.Y. Times Co.*, 930 F.3d 787, 793 (6th Cir. 2019), they are protected by the First Amendment and the Tennessee Constitution. Smile Direct's complaint should be dismissed under Tennessee's Anti-SLAPP law, and NBCUniversal should be awarded costs and reasonable attorneys' fees for defending the action.

## **BACKGROUND**

### A.     **Smile Direct Faces Extensive Public Criticism**

Founded in 2014, Smile Direct is an oral care company that aims to treat patients whose teeth are misaligned without requiring them to visit orthodontic offices in person. Compl. ¶¶ 22, 35, 52. The patient provides information to Smile Direct, which Smile Direct in turn provides to its affiliated orthodontists and dentists. *Id.* ¶¶ 7, 36. Those affiliated doctors assess whether the patient is a candidate for Smile Direct's treatment protocol. *Id.* ¶ 51. That protocol is a series of clear aligners intended to move the patient's teeth slowly. *Id.* ¶¶ 22, 36; *see also id.* ¶¶ 41–51 (describing process).

Long before NBCUniversal decided to investigate customer complaints about Smile Direct, Smile Direct experienced public criticism on various fronts. Smile Direct's response has been consistent: suppress criticism by attacking speakers in court for exercising their free speech rights.

### 1.     *Smile Direct Repeatedly Sues Those Critical Of Its Business*

In August 2017, the Michigan Dental Association published an article stating that "mail-ordered, self-administered impression kits and retainers . . . raise[] numerous legal and patient

-3-

EFILED  07/17/20 01:19 PM  CASE NO. 20C1054  Richard R. Rooker, Clerk

safety concerns."  Compl. ¶ 21, *SmileDirectClub, LLC v. Mich. Dental Ass'n*, No. 1:17-cv-939 (W.D. Mich. Oct. 26, 2017).  The article identified Smile Direct as one of the providers of such kits, and contended that Smile Direct failed to comply with Michigan law regulating the practice of dentistry.  *Id.* ¶ 22.  On October 26, 2017, Smile Direct sued the Michigan Dental Association, claiming the article was defamatory and anticompetitive (among other things).  *Id.* ¶¶ 27, 29–40; First Amend. Compl. ¶¶ 56–122 (Dkt. No. 14), *Mich. Dental Ass'n*, No. 1:17-cv-939 (W.D. Mich. Dec. 22, 2017).  After the Association asserted a variety of affirmative defenses and moved to dismiss the complaint, Smile Direct acceded and voluntarily dismissed its complaint.  Notice of Voluntary Dismissal (Dkt. No. 35), *Mich. Dental Ass'n*, No. 1:17-cv-939 (W.D. Mich. July 2, 2018).

On October 23, 2017, Smile Direct sued an orthodontics practice that had been critical of Smile Direct in a video available on the practice's website.  Compl., *SmileDirectClub, LLC v. Diamond Braces*, No. 1:17-cv-8136 (S.D.N.Y. Oct. 23, 2017).  The video asserted that Smile Direct's products and services were "questionable and dangerous" and that customers could lose their teeth.  *Id.* ¶ 38.  Smile Direct sought to hold the orthodontists liable for defamation, trade libel, and violations of federal antitrust laws and New York unfair competition laws.  *Id.* ¶¶ 51–108.  The lawsuit ultimately settled out of court, and Smile Direct's complaint was dismissed with prejudice.  Order of Dismissal on Consent, *Diamond Braces*, No. 1:17-cv-8136 (S.D.N.Y. Feb. 12, 2018).  Smile Direct has threatened to sue at least two dentists for similar critical commentary.  Nidhi Subbaraman, *When Dentists Criticize This Online Braces Company, It Takes Them To Court*, Buzzfeed News (Nov. 14, 2017), https://perma.cc/K4TF-6HUZ.

On April 11, 2018, Smile Direct sued another media outlet, Lifehacker, after it published a story saying that Smile Direct was a "bad" option and its products were "cheap."  Compl. ¶¶ 5,

-4-

Copy

55, 56, *SmileDirectClub, LLC v. Gizmodo Media Grp., LLC*, No. 18-401-IV (Tenn. Ch. Ct., Davidson Cty. Apr. 11, 2018). Smile Direct asserted claims for defamation and trade libel, *id.* ¶¶ 88–110, but later voluntarily dismissed its complaint.[2]

Just recently, on June 30, 2020, Smile Direct sued the Delta Dental Plans Association and two state Delta dental plans in Illinois court.[3] The claims allege that the Delta Dental entities have denied their customers teledentistry benefits allowed under their policies by systematically refusing to cover clear aligner therapy as prescribed by Smile Direct-affiliated Affiliated Dentists using the SDC Teledentistry Platform. *Id.*

    2.    <u>Medical And Business Organizations Criticize Smile Direct And Members Of Congress Request An Official Investigation</u>

On March 15, 2017, the American Association of Orthodontics ("AAO") issued a "consumer alert" on its website, "urging consumers to beware of" services like Smile Direct's, which "could result in the permanent loss of teeth, which may result in expensive and lifelong dental problems." Am. Ass'n of Orthodontists, *Consumer Alert, Questions to Consider When Researching Direct-To-Consumer Orthodontic Companies* (Mar. 15, 2017), https://perma.cc/3UBC-V2S9.[4] Later in 2017, the American Dental Association ("ADA") adopted a resolution "strongly discourag[ing]" the public from using services like Smile Direct "because of the potential for harm to patients." David Burger, *ADA Discourages DIY*

---

[2] The Chancery Court docket reflects that Smile Direct voluntarily dismissed the case on April 17, 2018, and the Court dismissed the case on August 15, 2018.

[3] SmileDirectClub, *Smile Direct Club Holds Delta Dental Entities Accountable for Depriving Millions of its Insureds Affordable Dental Treatment*, GlobeNewsWire (June 30, 2020), https://perma.cc/TVG5-3KR.

[4] The Court may take judicial notice of the publication of this alert and the other news articles cited in this petition because the fact of their public is a matter of "public record." *Athena of S.C., LLC v. Macri*, 2016 WL 5956984, at *5 (Tenn. Ct. App. Oct. 14, 2016).

EFILED 07/17/20 01:19 PM CASE NO. 20C1054 Richard R. Rooker, Clerk

*Orthodontics Through Resolution*, ADANews (Nov. 10, 2017), https://perma.cc/FV65-JFZS.

And in July 2019, the AAO issued a press release warning the public about "serious concerns"

with Smile Direct's protocol. Am. Ass'n of Orthodontists, *American Association of Orthodontists*

*Discusses Patient Health and Safety Information Regarding Direct-to-Consumer Orthodontics*,

PR Newswire (July 2, 2019), https://perma.cc/Z26A-TQWB.

By 2019, the ADA and AAO and their affiliates had filed complaints about Smile Direct

in at least 36 states. Compl. ¶ 61. In spring 2019, the ADA also filed a petition with the Food

and Drug Administration ("FDA"), asking it to investigate whether Smile Direct's sale and

distribution of its aligners is consistent with applicable law. Letter from C. Michael Kendall, Sr.

Assoc. Gen. Counsel, Am. Dental Ass'n, to Division of Dockets Mgmt., FDA (Apr. 25, 2019),

Dkt. No. FDA-2019-P-2038.[5] That petition was dismissed on procedural grounds, but the FDA

said it would "take [the] complaint[] seriously" and would "evaluate this matter to determine what

follow-up action is appropriate." Compl. Ex. 5A. Both organizations also submitted a petition

to the Federal Trade Commission ("FTC"), asking it to initiate an enforcement action against

Smile Direct for making false and misleading claims about its products and services to entice

consumers to purchase them. Letter from C. Michael Kendall, Sr. Assoc. Gen. Counsel, Am.

Dental Ass'n, to Andrew Smith, Director, Bureau of Consumer Protection, FTC (June 27, 2019),

https://perma.cc/A346-7TEG. That petition appears to still be pending.

On January 6, 2020, Members of Congress who are trained as dentists and orthodontists

also wrote to the FDA and FTC expressing concern about Smile Direct in light of the "more than

1,350 'Customer Complaints' on the Better Business Bureau's website for the company, as well

---

[5] The Court may take judicial notice of this document because it is a "matter[] of public record" and because "the complaint incorporates [it] by reference." *Athena of S.C.*, 2016 WL 5956984, at *5; *see* Compl. Ex. 5A (discussing response to Kendall letter).





Copy



Copy



Copy



Copy

w

.   N  CU   ve   a I ve   ga  s Sm   D r  c '   u  ne   P  ac  c

-

g

H                                          S

-

k          V                      -                    B  U

S

m                                                                      a

r                                                                  b

m

_____

                                                    y     y              Y
                                              //          /HX   -F
                                              -H     T    -                    B

— B   B
//              /      -   K
O              y                                    k              C
                                            //          /      -   W

Copy

g         t   x-

;

9

U                                    K

W                           K

K                                    8

O

B U

S                              q                     S

f        z        y

U                    w S        n p n

L

-

y

- -

Copy

-

-                                                                    ;

G                                                                    2;

                              U                                      y  a

                                                                        x

        S                          -

        P

                    -                              6

            g              F              M                      y

                      6

                                                              g

                              ;              5



P e        A         N w  R p    O    o              p
Abo  t Sm    D r  c ' B     e

F

S                                    b                 E

8                              "                    v

"                                  :

a

R

"

j                              —

S

g

-

b                                    C          k

F

'                              g            "  a

- -

Copy

-

,

j

m                m

S

k                                    up

nf a

——

——

o

F

- -

Copy

y

-

-                                          C          –

*n*    *y*              –                    –

8

–      –

"                                          –

*id*      –

–      –

–      –

L

-  -

Copy

Copy

y                    m

*gh*

R

g          D

b

*d*

-

R

F                    -

- -

Copy

Copy

**A GUM**

Copy

-

-

y

g

9              T              -

-        q              G              ://        /        -Z  W

-              "

§    -   -              P

§

"

F                                            —

F

-

"

U :              -        t              x

- -

Copy

"            j

                                                                    _

                                                            g

                                                H

                                    *V*            P

                        j

            -  -                        -                        -

    F

                                                        -  -

                ”

        -  -

                                                §    -  -

        -                                    *W*

                        -  -

Copy

    &        P

H

- L

j      - -

g

- -

FX N      C     -

'

-

- -

-

K  h   M

- -

Copy

Copy

w

S

W

W

*ph* ' *C* *v* *h*

Copy

*l r v n g*

*5*

W

j

*p n*

-

*h*

*H*

-

a

*h* —

—

-

- -

Copy

- -

_ _

**h nged m W y**

B *p r a a*

*k*

- -

-

- -

EFILED 07/17/20 01:19 PM CASE NO. 20C1054 Richard R. Rooker, Clerk

C          F

-  -

_____ U _____ p _____
_____

s  m

i

p

—          —

F

_____

-  -

Copy

*! En*

-

S                                        F

"

F                        *R*                  N

—                                    —

*N*                    *nc*

*n*

_____ *a*
_____ *h*

j                                    C                y

U                                              –

_____

C
*w*                                        –

n

- -

Copy

*P* *B* *g*

j

Copy

–

*h    n    K     -*

q        n

K

–        –

K

F

———————————————

*g   M*                    W              *              K

- -

*U  i*

*C          g*

-

–

y

:

–

y

?

–

*J*

*a*    –

U

- -

EFILED 07/17/20 01:19 PM CASE NO. 20C1054 Richard R. Rooker, Clerk

"

/                                                                    *

S

–                                            W

p

'

–

- -

&

v

Copy

Copy

*xp   sly m   ti*

—

_____  *U*                    *G*                      *O*

_____

-

*F   k*                              –

8

- -

Copy

p   r     v    f        re   o  ts

*w*          W

§

8              –

*y*

C          k  d   F    a    r

F

- -

Copy

—

*k* —

n pa

-

*M h* —

—

*

-

———

Copy

*

,

u                                              n            P            '

-

D                                        − 8

−

5 9   R

//        /    -

Copy

-

*p*

*g*

*g*

F

*K*  *x*  *p*  *

- -

Copy

q

"

U

'

F

X        U                                          O

X                                                   '

- -

Copy

Copy

5          I

*b*

5

*X* & *X*          " "

*mp*

y          g          R

Copy

F

*M* *Pub 'g*

S

—

8

W

-

—

—

Copy

F

*J*

j

F

Copy

X

"

R

*i*

-

-

@

- -

Copy

8

d                                                m

–

p   P        9  W

-

**m**              **w  h    U    a    p  W    b    d**
**Wi h**

U       a

I

L

*r*

-    -

-

- -

Copy

S —

—

–

$y$      $p$

"                                               ;

$y$      $v$      -            $f$

$

Q                -Q        5

- -

Copy

–

–

F

W

*y* – – –

- -

*U*

—

*h*

| f | by | I | b | U |
|---|---|---|---|---|
| - | | | | C<br>_ |
| - | - - | | | _ |
| - | | | | _ |
| - | | _ | | |

Copy

el d y, Smi e r c ap ar o co temp a e show ng ac u m by

n i g a pects NBC ni r a ' nv s g But Sm e D r 's bj t r

h l g lly i e ev d f c y rr c

m er, he a u m l c s a d a re he quality of ws

za on s nv s gat , b au "r kl ss duct ot m su ed by whe h a a bly

Copy

M

C

–

-

-

-

- -

Copy

D

*p*

Copy

U

g      *J*  -      *K*      W

F

k

————————————— " " ————————————— *v*

-

–

S

-

———————————————

Copy

k          g

-

-  -

Copy

H            A    (        X    )                                        S

H                                    V

-

/

/                                                -  -

–

/

/

/

R

———————————————

*Q*

-  -

Copy

**a**

/

F

*y* — /

- -

-

*S*

— - —

g -

- —

**g z**

"

- -

Copy

y

- -        -

*k*

W

*y*        *p*

2

/

*x*                                5

- -

Copy

/

*W*

-

F

g

*R   p*

S

W                              -                                    F

_____

- -

Copy

§

-        -

-      -                                    "

_____ U _____

_____

E     &     RW  LL,

/ /_____

-

@

'   E  VEN  &      RS

/ /_____

-    -

Copy

-

-

@

- -

Copy

_____

-

ES H,    I D  A  ER   OPL        R

W                    *h*

-

RILE        O  K   J  C  BS

-

/ / _____