IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR. JOSEPH CICCIO, *et al.*, | ) |
| Plaintiffs, | ) |
| | ) Civil No. 3:19-cv-00845 |
| v. | ) |
| | ) Judge Trauger |
| SMILEDIRECTCLUB, LLC, *et al.*, | ) |
| Defendants. | ) |

**PROVIDER PLAINTIFFS' MOTION TO EXTEND DISCOVERY CUTOFF**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, Provider Plaintiffs respectfully request that the Court extend the July 14, 2021 discovery deadline for Provider Plaintiffs under the Initial Case Management Order for one year and modify the dates set forth in the Initial Case Management Order accordingly. *See* Initial Case Management Order (Doc. 116) at 4-5, § F. Provider Plaintiffs make this request as it has become apparent that discovery in this case will not be completed by the July 14, 2021 deadline. Granting an extension now will allow the parties to address discovery issues in an orderly fashion without impacting the scheduled trial date. This request is made in good faith and not for the purposes of delay.

Provider Plaintiffs submit an accompanying Memorandum in Support of this Motion.

Counsel for Provider Plaintiffs conferred with counsel for Defendants before filing this Motion. Defendants opposed a one-year extension but expressed willingness to consider a shorter extension. While Provider Plaintiffs believe an extension less than one year is not sufficient given Defendants' delay in this case, Provider Plaintiffs have expressed their willingness to continue discussions with Defendants. Provider Plaintiffs believe it necessary to file their motion now, pending those discussions, because the current discovery deadline expires in less than four weeks.

DATED: June 18, 2021                    Respectfully submitted,

                                                                     s/Edward M. Yarbrough
Edward M. Yarbrough, TNBPR#004097
W. Justin Adams, TNBPR#022433
BONE MCALLESTER NORTON PLLC
511 Union Street, Suite 1000
Nashville, Tennessee 37219
TEL: (615) 238-6390
FAX: (615) 687-6990
eyarbrough@bonelaw.com
wjadams@bonelaw.com

Robert K. Spotswood, Alabama Bar # ASB-7015-P76R
Michael T. Sansbury, Alabama Bar # ASB-6473-A53S
Joshua K. Payne, Alabama Bar # ASB-1041-A55P
Morgan B. Franz, Alabama Bar # ASB-0488-S13E
SPOTSWOOD SANSOM & SANSBURY LLC
Financial Center
505 20th Street North, Suite 700
Birmingham, Alabama 35203
TEL: (205) 986-3620
FAX: (205) 986-3639
rks@spotswoodllc.com
msansbury@spotswoodllc.com
jpayne@spotswoodllc.com
mfranz@spotswoodllc.com

Richard Stone, U.S. Dist. Ct. S.D.N.Y. Bar # RS5324
BLACKNER, STONE & ASSOCS.
123 Australian Avenue
Palm Beach, Florida 33480
TEL: 561-804-9569
rstoneesq@rstoneesq.com

*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF Filing System on June 18, 2021, as follows:

John R. Jacobson
Alex Fardon
Elizabeth O. Gonser
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
jjacobson@rwjplc.com
afardon@rwjplc.com
egonser@rwjplc.com

David Rammelt
Nicholas J. Secco
Benesch, Friedlander, Coplan and Aronoff, LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
drammelt@beneschlaw.com
nsecco@beneschlaw.com

Michael D. Meuti
Andrew G. Fiorella
Mark K. Norris
Benesch, Friedlander, Coplan and Aronoff, LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
mmeuti@beneschlaw.com
afiorella@beneschlaw.com
mnorris@beneschlaw.com

*Attorneys for the Defendants*

                                              /s/Edward M. Yarbrough