IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **Dr. Joseph Ciccio,** *et al.*, | ) |
| **Plaintiffs,** | ) Civil No.: 3:19-cv-00845 ) |
| v. | ) Judge Aleta A. Trauger ) |
| **SmileDirectClub, LLC,** *et al.*, | ) Magistrate Judge Barbara D. Holmes ) |
| **Defendants.** | ) Special Master Samuel P. Funk ) |
| | ) JURY DEMAND |

## DEFENDANTS' MOTION TO DISMISS CERTAIN OF PLAINTIFFS' CLAIMS ON THE PLEADINGS

Pursuant to Federal Rule of Civil Procedure 12(c), Defendants SmileDirectClub, Inc., SmileDirectClub, LLC, SDC Financial, LLC, Smile of New Jersey, P.A., Smile of Tennessee, P.C., David Katzman, Steven Katzman, Alexander Fenkell, Jeffrey Sulitzer, and Camelot Venture Group respectfully ask the Court to enter judgment in their favor on Plaintiffs' claims premised upon the allegations in Section H of Plaintiffs' corrected Second Amended Complaint ("SAC").

First, Plaintiffs cannot succeed on claims for violation of the Food, Drug, and Cosmetic Act ("FDCA"), as the FDCA does not provide a private right of action. Instead, only the Food and Drug Administration can enforce the FDCA.

Second, Plaintiffs' claims that SDC should have told consumers that SDC is engaged in the illegal practice of dentistry also fail as a matter of law. Plaintiffs have not alleged, and cannot allege, facts that create a material issue for adjudication at trial with respect to any of these marketing "fraud-by-omission" theories.

Third, the SAC does not contain any factual allegations to support the legal conclusion that the Defendants have engaged in the illegal practice of teledentistry.

1

The Court has not addressed these arguments previously. Defendants submit a memorandum in support of their Motion.

Respectfully submitted,

/s/ D. Alexander Fardon
John R. Jacobson (BPR 14365)
D. Alexander Fardon (BPR 13787)
Elizabeth O. Gonser (BPR 26329)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
Facsimile: (615) 320-3737
jjacobson@rwjplc.com
afardon@rwjplc.com
egonser@rwjplc.com

David Rammelt (*pro hac vice*)
Nicholas J. Secco (*pro hac vice*)
Hannah Stowe (*pro hac vice*)
Benesch, Friedlander, Coplan and Aronoff, LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
drammelt@beneschlaw.com
nsecco@beneschlaw.com
hstowe@beneschlaw.com

Michael D. Meuti (*pro hac vice*)
Andrew G. Fiorella (*pro hac vice*)
Mark J. Norris (*pro hac vice*)
Benesch, Friedlander, Coplan and Aronoff, LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
mmeuti@beneschlaw.com
afiorella@beneschlaw.com
mnorris@beneschlaw.com

Michael B. Silverstein (*pro hac vice*)
Benesch, Friedlander, Coplan and Aronoff, LLP
41 South High Street, Suite 2600
Columbus, OH 43215-6164
Telephone: (614) 223-9300
Facsimile: (614) 223-9330
msilverstein@beneschlaw.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on the below via the Court's ECF Filing System this 17th day of September, 2021.

Edward M. Yarbrough
W. Justin Adams
Bone McAllester Norton PLLC
511 Union Street, Suite 1600
Nashville, TN 37219
eyarbrough@bonelaw.com
wadams@bonelaw.com

Robert K. Spotswood, Esq.
Michael T. Sansbury, Esq.
Joshua K. Payne
Morgan B. Franz
Spotswood Sansom & Sansbury LLC
Financial Center
505 20th Street North, Suite 700
Birmingham, Alabama 35203
rks@spotswoodllc.com
msansbury@spotswoodllc.com
jpayne@spotswoodllc.com
mfranz@spotswoodllc.com

Richard Stone
Blackner, Stone & Assocs.
123 Australian Avenue
Palm Beach, Florida 33480
rstoneesq@rstoneesq.com

John R. Jacobson
Alex Fardon
Elizabeth O. Gonser
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
jjacobson@rwjplc.com
afardon@rwjplc.com
egonser@rwjplc.com

Nicholas J. Secco
Hannah Stowe
David Rammelt
Benesch, Friedlander, Coplan and Aronoff, LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
nsecco@beneschlaw.com
hstowe@beneschlaw.com
drammelt@beneschlaw.com

Michael D. Meuti
Andrew G. Fiorella
Mark K. Norris
Benesch, Friedlander, Coplan and Aronoff, LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
mmeuti@beneschlaw.com
afiorella@beneschlaw.com
mnorris@beneschlaw.com

Michael B. Silverstein
Benesch, Friedlander, Coplan and Aronoff, LLP
41 South High Street, Suite 2600
Columbus, OH 43215-6164
msilverstein@beneschlaw.com

                                  */s/* D. Alexander Fardon