IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR JOSEPH CICCIO, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:19-cv-00845 |
| ) | Judge Trauger |
| SMILEDIRECTCLUB, LLC, ET AL., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

A status conference was held in this case on December 15, 2023. It is hereby ORDERED that the defendants shall respond to the Consumer Plaintiff Nigohosian's Motion for Scheduling Order for Claims Against Defendant Camelot Venture Group (Doc. No. 468) by December 22, 2023, and the plaintiffs may file a reply by January 8, 2024.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge